IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:24-MJ-81 |
| | ) | |
| OBAFEMI OLUDIPE, | ) | |
| | ) | Court Date: April 15, 2024 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

Count I (Class A Misdemeanor – E1863433)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 26, 2023, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, OBAFEMI OLUDIPE, did commit simple assault of Victim-1.

(In violation of Title 18, United States Code, Section 113(a)(5).)

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:            /s/
M. Kyle Richardson
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3896
Fax: (703) 299-3980
Email: matthew.richardson2@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 1, 2024, a true and correct copy of the Criminal Information was mailed to the defendant.

By:       /s/
M. Kyle Richardson
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3896
Fax: (703) 299-3980
Email: matthew.richardson2@usdoj.gov